# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 18-02553-hb |
| Kara L. Cook | Chapter 13 |
| Debtor(s). | **ORDER LIFTING THE AUTOMATIC STAY** |

    This matter is before the Court on the certification of JPMorgan Chase Bank, National Association ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on November 2, 2018 by failing to make required payments, as follows: December 2018 - March 2019 regular payments and December 2018 - March 2019 stipulation payments.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b) and stipulated that any funds received from the disposition of the collateral in excess of all liens, costs, and expenses will be paid to the trustee or the estate.  Based upon the certification of Movant, the stay is lifted as to 320 BLANCHARD ROAD, NORTH AUGUSTA, South Carolina 29841.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

    The stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is not applicable to this order.

    **AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**03/28/2019**



US Bankruptcy Judge
District of South Carolina

Entered: 03/28/2019